IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

> ELECTRONICALLY FILED
> Nov 03 2023
> U.S. DISTRICT COURT
> Northern District of WV

**DIANA MEY,**

    **Plaintiff,**

v.      Civil Action No.: **5:23-CV-331 (Bailey/Mazzone)**

**ALLSTATE INSURANCE COMPANY,**

    **Defendant.**

## NOTICE OF REMOVAL

Defendant Allstate Insurance Company ("Allstate"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes *Diana Mey v. Allstate Insurance Company*, No. CC-35-2023-C-168, from the Circuit Court of Ohio County, West Virginia, to the United States District Court for the Northern District of West Virginia, Wheeling Division. The grounds for this removal are set forth more fully below:

### BACKGROUND

1. On September 29, 2023, Plaintiff Diana Mey ("Mey" or "Plaintiff"), acting *pro se*, commenced this action by filing a Complaint in the Circuit Court of Ohio County, West Virginia. (*See* Ex. A, at Complaint.)

2. The Complaint alleges that Allstate violated various provisions of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, and its implementing regulation, 47 C.F.R. § 64.1200, by placing prohibited telemarketing calls. (*See generally id.*) Plaintiff's Complaint seeks statutory penalties and injunctive relief under the TCPA. (*See id.* ¶¶ 70–76.)

3. Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit A** is a copy of all pleadings, filings, and other documents served on Allstate in state court.

## SUBJECT-MATTER JURISDICTION

4. The Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1331 because Plaintiff's asserted TCPA claims arise under federal law and present a federal question on the face of the Complaint. *See, e.g.*, *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 376 (2012).

## ALL OTHER REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

5. All other requirements for removal under 28 U.S.C. §§ 1441 and 1446 have been satisfied.

6. This notice of removal has been timely filed under 28 U.S.C. § 1446(b)(1), as Allstate removed this action within 30 days of the Complaint being filed in state court and received by Allstate through service of process. Allstate was served through the West Virginia Secretary of State on October 11, 2023, and received the Complaint on October 16, 2023.

7. Allstate is the sole defendant in this action, meaning that all defendants in this action have joined in this Notice of Removal in accordance with 28 U.S.C. § 1446(b)(2),.

8. Venue is proper under 28 U.S.C. §§ 129 and 1441(a), because the Circuit Court of Ohio County, West Virginia is encompassed within the geographical limits of this Court.

9. In accordance with 28 U.S.C. § 1446(d), concurrently with the filing of this Notice of Removal, Allstate will provide written notice of the removal of this action to all other parties and will promptly file a copy of this Notice of Removal with the clerk of the Circuit Court of Ohio County, West Virginia.

As set forth above, all prerequisites for removal of this action to federal court have been satisfied, and removal is proper pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Accordingly, Allstate respectfully requests that this Court exercise subject-matter jurisdiction over this action.

Respectfully submitted,

/s/ Joseph K. Merical
Joseph K. Merical (WVSB 11646)
DINSMORE & SHOHL, LLP
191 West Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Phone: (614) 628-6880
Fax:    (614) 628-6890
joseph.merical@dinsmore.com
*Counsel for Defendant Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 3, 2023, I served the foregoing via United States mail, postage prepaid, to the following non-CM/ECF participant:

Diana L. Mey
14 Applewood Drive
Wheeling, WV 26003
*Plaintiff Pro Se*

/s/ Joseph K. Merical
Joseph K. Merical (WVSB 11646)