IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY,

    Plaintiff,

v.

    Civil Action No. 5:23-cv-00331

ALLSTATE INSURANCE COMPANY,

    Defendant.

FILED

FEB 2 6 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

### NOTICE OF RULE 30(B)(6) DEPOSITION OF ALLSTATE INSURANCE COMPANY.

PLEASE TAKE NOTICE that Plaintiff Diana Mey will take the videotaped deposition of Defendant Allstate Insurance Company's designated Rule 30(b)(6) representative(s) regarding the topics set forth herein on April 9, 2024 at 707 Virginia Street East Suite 260, Charleston WV 25301 commencing at 9 a.m.. This deposition will be taken upon oral examination for the purpose of discovery, or evidence, or both and will continue from day to day until completed.

Pursuant to Rule 30(b)(6), the matters on which examination is requested are identified below:

    1.    All facts and circumstances known to Allstate concerning the allegations in the complaint.

    2.    Allstate's relationships with any parties who participated in any way in the making of the calls as detailed within the complaint.

1

3. Allstate's policies and procedures for compliance with the TCPA's do-not-call provisions.

4. The factual basis for any defenses asserted by Allstate in its answer to the complaint or its responses to discovery served by Mey.

5. Complaints received from consumers and/or regulatory bodies related to any telemarketing conducted by or on behalf of Allstate beginning November 1, 2018 through the present and Allstate's response thereto.

DIANA MEY

/s/ *Diana Mey*
Diana Mey, Plaintiff Pro Se
14 Applewood Drive
Wheeling WV 26003
diana_mey@comcast.net
304-280-1607

## CERTIFICATE OF SERVICE

I, Diana Mey, appearing pro se, hereby certify that I have served the foregoing Rule 30(b)(6) Notice upon the defendant by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant on February 26, 2024:

Karen Hockstad, Esquire
Dinsmore & Shohl LLP
191 W Nationwide Blvd Suite 200
Columbus OH  43215

/s/ *Diana Mey*
Diana Mey, Plaintiff Pro Se