IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY,**

      **Plaintiff,**

v.                                   Civil Action No. 5:23-cv-331
                                       Judge John Preston Bailey
                                       Magistrate Judge James P. Mazzone

**ALLSTATE INSURANCE COMPANY,**

      **Defendant.**

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Diana L. Mey, pro se, and Defendant Allstate Insurance Company, by counsel, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action in its entirety. Each party shall bear its own costs.

Submitted and agreed to by:

/s/ Joseph K. Merical
Joseph K. Merical (WVSB 11646)
DINSMORE & SHOHL, LLP
191 West Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Phone: (614) 628-6880
Fax:    (614) 628-6890
joseph.merical@dinsmore.com
*Counsel for Defendant Allstate Insurance Company*


/s/ Diana L. Mey (per 7/12/24 email authorization)
Diana L. Mey
14 Applewood Drive
Wheeling, WV 26003
(304) 280-1607
*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2024, I served the foregoing "Stipulation of Dismissal with Prejudice" via U.S. mail and email on the following:

Diana L. Mey
14 Applewood Drive
Wheeling, WV 26003
diana_mey@comcast.net
*Plaintiff Pro Se*

                                                                      /s/ Joseph K. Merical
                                                                      Joseph K. Merical (WVSB 11646)